UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 NOV 12 AM 10:45

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LUIS REY DE LOS SANTOS,<br><br>                    Defendant. | CASE NO. 10CR4329-IEG<br><br>BY: _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of the Information: 8 U.S.C. 1324(a)(1)(A)(ii) and (V)(II) Transportation of an Illegal Alien (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 9, 2010

_____
BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE